1032

No. 99–8307. BURGESS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8308. BENALLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8309. WATSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8310. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8313. MONTOYA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8316. MACDONALD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8325. CABRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8326. BELCHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8327. BANNERMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8328. CRISCIONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8331. CARRILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8332. ALLEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–8333. ARROYO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–8340. PALMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8346. VERNON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8370. RIDENBAUGH *v.* OHIO. Ct. App. Ohio, Licking County. Certiorari denied.